IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RUSSELL TODD MATHIS, | * |
| Petitioner, | * |
| v. | Case No. 5:21-cv-00165-TES-MSH |
| | * |
| Magistrate Judge CHARLES H. WEIGLE, et al., , | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 16, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 16th day of August, 2021.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk